JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH REBER, ET. AL., <br><br> Plaintiff(s), <br><br> v. <br><br> AIMCO/BETHESDA HOLDINGS INC. <br><br> Defendant(s). | CASE NO. SACV07-0607 DOC(RZx) <br><br> **ORDER AND DISMISSAL WITH PREJUDICE** |

Pursuant to the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice, with each party to bear their own attorney's fees and costs to achieve said dismissal. The Court shall retain jurisdiction only to enforce this Stipulation between the parties.

IT IS SO ORDERED

DATED: September 19, 2008

_____
DAVID O. CARTER
United States District Judge